B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–32038
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John Ross Myers
   aka John R Myers, aka John Myers
   2895 Harvest Lane
   Lindenhurst, IL 60046

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8517

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

   If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


                                                    FOR THE COURT


Dated: June 9, 2015                                 Jeffrey P. Allsteadt, Clerk
                                                    United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 14-32038-ABG
John Ross Myers                                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 2              Date Rcvd: Jun 09, 2015
                              Form ID: b18w               Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2015.
```
db            +John Ross Myers,    2895 Harvest Lane,    Lindenhurst, IL 60046-7914
22345123      +ACM Community Management,    3041 Woodcreek Drive,    Suite 100,    Downers Grove, IL 60515-5418
22345124      +Amazon,    1516 2nd Avenue,    Seattle, WA 98101-1543
22345127      +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22788375       Chase Records Center; Attn: Correspondence Mail,    Mail Code: La4-5555; 700 Kansas Lane,
                 Monroe, LA 71203
22345129      +CitiBank, N.A.,    PO Box 790110,    Saint Louis, MO 63179-0110
22345128      +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
22345130       Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
                 Saint Louis, MO 63179-0034
22345131       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22345132      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22788394       JPMorgan Chase Bank, National Association,    Chase Records Center;,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555; 700 Kansas Lane,    Monroe, LA 71203
22345135      +Lake County Clerk,    18 North County Street, Room 101,    Waukegan, IL 60085-4340
22345138      +Marie Marciniak,    353 Orchard Lane,    Bloomingdale, IL 60108-2528
22345139      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22345125      +EDI: AIS.COM Jun 10 2015 00:54:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
22345126      +EDI: CHASE.COM Jun 10 2015 00:53:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
22345133      +E-mail/Text: servicing.requests@flagstar.com Jun 10 2015 01:18:48       Flagstar Bank,
                 Attn: Bankruptcy Dept,    5151 Corporate Drive,    Troy, MI 48098-2639
22345134      +E-mail/Text: servicing.requests@flagstar.com Jun 10 2015 01:18:48       Flagstar Bank,
                 PO BOX 371891,    Pittsburgh, PA 15250-7891
22345136      +E-mail/Text: sdvorak@lakecountyil.gov Jun 10 2015 01:16:01       Lake County Collector,
                 18 N. County Street,    Suite 102,    Waukegan, IL 60085-4361
22345137      +E-mail/Text: sdvorak@lakecountyil.gov Jun 10 2015 01:16:01       Lake County Treasurer,
                 18 N. County Street,    Room 102,    Waukegan, IL 60085-4361
22748514      +E-mail/Text: servicing.requests@flagstar.com Jun 10 2015 01:18:48
                 Matrix Financial Services Corporation,    c/o Flagstar Bank, FSB,    5151 Corporate Dr.,
                 Troy, MI 48098-2639
22668414       EDI: PRA.COM Jun 10 2015 00:53:00      Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE, NA,    (CAPITAL ONE),    POB 41067,    Norfolk VA 23541
22709095       EDI: ECAST.COM Jun 10 2015 00:53:00      eCAST Settlement Corporation, assignee,
                 of Citibank (South Dakota), N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22788374       JPMorgan Chase Bank, National Association
22788378       JPMorgan Chase Bank, National Association
22788388       JPMorgan Chase Bank, National Association
22788379*      Chase Records Center; Attn: Correspondence Mail,    Mail Code: LA4-5555; 700 Kansas Lane,
                 Monroe, LA 71203
22788389*      Chase Records Center; Attn: Correspondence Mail,    Mail Code: LA4-5555; 700 Kansas Lane,
                 Monroe, LA 71203
                                                                                   TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: pseamann              Page 2 of 2               Date Rcvd: Jun 09, 2015
                               Form ID: b18w               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2015 at the address(es) listed below:

```
              Charles L. Magerski     on behalf of Debtor John Ross Myers Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Glenn B Stearns    mcguckin_m@lisle13.com
              Josephine J Miceli    on behalf of Creditor    Matrix Financial Services Corporation
               Jo@johnsonblumberg.com
              Kenneth W Bach     on behalf of Creditor    Matrix Financial Services Corporation
               kennethb@johnsonblumberg.com,  bkecfnotices@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```